### Chas. FARRIS v. STATE.
### No. 15927.

Court of Criminal Appeals of Texas.
April 12, 1933.

Wright Stubbs, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for forgery; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception.

The judgment will be affirmed.